

# THE ATTORNEY GENERAL

# OF TEXAS

## AUSTIN 11, TEXAS

PRICE DANIEL
ATTORNEY GENERAL

August 25, 1948

Hon. L. A. Woods
State Superintendent
Department of Education
Austin, Texas

Opinion No. V-670

Re: Treatment of a B.S.
Degree in Library
Science as equiva-
lent to M.A.Degree
for increment pur-
poses under Sec. 2,
Art. III, H. B. 295,
50th Leg., Acts 1947.

Attention: Hon. T. M. Trimble
First Assistant

Dear Sir:

We refer to your letter request from which we quote:

"The State Department of Education, in
the administration of the Equalization Law
has recognized a Bachelor of Science degree
in Library Science as an appropriate degree
in recognition of five years of college work
which has the same standing as a Master's
degree in some other subject matter field,
and on this basis we are allowing an addi-
tional increment for this appropriate degree."

Section 2 of Article III, H. B. 295, 50th Leg-
islature, Acts 1947, which sets out the base salary sched-
ules and teaching experience increments applicable to the
payment of teachers' salaries in State-aid schools of
Texas, provides a further increment as follows:

". . . Twenty-five Dollars ($25) per month
shall be added for each year of college
credit over one (1) year . . . To receive
credit for each year of college training
beginning with the fourth year, a recogniz-
ed degree appropriate to each year of col-
lege training must have been conferred."

In Opinion No. V-406, this office in construing this above quoted provision of the State-aid law, advised:

"The Act contemplates that a teacher shall receive $25 per month for each year of college credit over one year. Therefore, a teacher with two years of college training would receive a $24 increment, and for three years $50. Beginning with the fourth year a degree appropriate to each year of college training must have been conferred to be entitled to an additional increase. The teacher upon whom a B. A. degree, or its equivalent, is conferred would be eligible for $75 and an additional year's work and the conferring of a Masters degree would qualify a teacher for $100."

It is generally known and accepted fact that a B. A. degree is an appropriate degree for the successful completion of four years of prescribed college work, and that a Masters degree is appropriate and conferred for the successful completion of an additional year of prescribed college work after a B. A. degree, or its equivalent, is acquired. Our Opinion V-406 insofar as it refers to the increment for a teacher who has a B. A. degree, or its equivalent, or who has a Masters degree was predicated upon this premise or reasoning.

It should further be observed that the law above quoted makes no specific reference to a B. A., Masters or Ph.D. degree. It does not require that the teacher should have a <u>Masters</u> degree before he shall be entitled to an increment of $100 for five years of college work. It requires only that he shall have a recognized degree appropriate to each year of college work for which the degree has been conferred before he shall receive increment credit for each year of college training beginning with the fourth year.

If a teacher has a Masters degree, he is entitled to the $100 increment as provided in the Act. Opinion V-406. If, however, he has a degree, other than a Masters degree, which could be conferred only upon his successful completion of five years of prescribed college work leading up to said degree, he would likewise be entitled to the $100 increment, for the degree is appropriate to each year of college work for which the

degree has been conferred.

Accordingly, if a teacher has a B. S. degree in Library Science from a recognized college which requires the successful completion of five years of prescribed college work before the said degree may be conferred, he is entitled to a college training increment of $100. If, however, the teacher has a B. S. degree in Library Science from a recognized college which requires the successful completion of four years only of prescribed college work before said degree may be conferred, he is entitled to a college training increment of $75.

## SUMMARY

Where a teacher holds a B. S. degree in Library Science from a recognized college which requires the successful completion of 5 years of prescribed college work before conferring same, he is entitled to a college training increment of $100. Where, however, he holds such degree from a recognized college which requires only four years of prescribed college work before conferring same, he is entitled to a college training increment of $75. Sec. 2, Article III, H.B. 295, 50th Legislature, Acts 1947.

Yours very truly,

ATTORNEY GENERAL OF TEXAS

By *Chester E. Ollison*

Chester E. Ollison
Assistant

CEO:mw

APPROVED:

*Fagan Dickson*

FIRST ASSISTANT
ATTORNEY GENERAL